United States District Court
Southern District of Texas
**ENTERED**
August 27, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DYNAENERGETICS GMBH & CO. KG, and DYNAENERGETICS US, INC., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:17-cv-03784 |
| HUNTING TITAN, LTD., HUNTING TITAN, INC., and HUNTING ENERGY SERVICES, INC., | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## ORDER OF STAY PENDING INTER PARTES REVIEW

On this Date came to be considered Defendants, Hunting Titan, Inc. and Hunting Energy Services, Inc.'s, Unopposed Second Motion to Stay Pending Inter Partes Review. The Court, having considered the Motion, Plaintiff's Response, and any reply, and having heard the arguments of counsel, if any, finds that the Motion should be and hereby is GRANTED.

It is, therefore, ORDERED that all proceedings in this case are STAYED and administratively CLOSED pending the final outcome of IPR 2018-00600 regarding validity of United States Patent No. 9,581,422 before the United States Patent and Trademark Office.

SIGNED this 27th day of August, 2018

_____
GRAY H. MILLER
UNITED STATES DISTRICT JUDGE

1